MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DARYAL TAYLOR, | CASE NO.: 2:19-cv-01981-RFB-EJY |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION; DOES I through V; and, ROE CORPORATIONS VI through X, inclusive, | |
| Defendant. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff DARYAL TAYLOR'S claim for loss of past and future

///

///

///

wages and earning capacity in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 20 day of January, 2020.

VANNAH & VANNAH

*signature*

JOHN B. GREENE, ESQ.
Nevada Bar No.: 004279
400 S. Seventh St., 4th Flr.
Las Vegas, Nevada 89101
Attorney for Plaintiff

DATED this 21 day of January, 2020.

OLSON CANNON GORMLEY & STOBERSKI

*signature*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY**

IT IS SO ORDERED this 23rd day of January, 2020.

*signature*

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

*signature*

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION