MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:  (702) 384-4012
Facsimile:   (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DARYAL TAYLOR, | CASE NO.: 2:19-cv-01981-RFB-EJY |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION; DOES I through V; and, ROE CORPORATIONS VI through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff DARYAL TAYLOR and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice.

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

SO STIPULATED:

DATED this 4 day of June, 2022.   DATED this ___ day of June, 2022.

VANNAH & VANNAH                                OLSON CANNON GORMLEY & STOBERSKI

_____                      _____
JOHN B. GREENE, ESQ.                           MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 004279                         Nevada Bar No.: 005946
400 S. Seventh St., 4th Fl.                    9950 West Cheyenne Avenue
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89129
Attorney for Plaintiff                         Attorney for Defendant

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff DARYL TAYLOR against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

IT IS SO ORDERED.

DATED: June 23, 2022

_____
RICHARD E. BOULWARE, II
United States District Court

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

SO STIPULATED:

DATED this __ day of June, 2022. . DATED this 23rd day of June, 2022.

VANNAH & VANNAH          OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

_____     _____
JOHN B. GREENE, ESQ.         MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 004279          Nevada Bar No.: 005946
400 S. Seventh St., 4th Flr.         9950 West Cheyenne Avenue
Las Vegas, Nevada 89101         Las Vegas, Nevada 89129
Attorney for Plaintiff            Attorney for Defendant

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff DARYL TAYLOR against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant